1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE TSAN and ERICA WILDSTEIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEVENTH GENERATION, INC.,<br><br>Defendant. | Case No.  3:15-CV-00205-JST<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER ENLARGING (I) DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND (II) PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO CIVIL L.R. 6-1 & 6-2<br><br>Complaint Filed: January 14, 2015 |

WHEREAS, Plaintiffs Tsan et al. filed a Complaint in this matter on January 14, 2015, and served the Complaint on Defendant Seventh Generation, Inc. on February 11, 2015.  Defendant's statutory deadline to respond is on or before March 4, 2015.  Defendant informed Plaintiffs of its intention to move this Court to transfer venue of this matter to the White Plains division of the Southern District of New York, in which related litigation is already pending before the Honorable Kenneth M. Karas.  Plaintiffs informed Defendant they will oppose the motion to transfer venue. Plaintiffs have stipulated, pursuant to Civil L.R. 6-1(a), that Defendant may have an enlargement of time to respond to the Complaint of up to two weeks after this Court rules on the Motion to Transfer Venue.  Pursuant to Civil L.R. 6-1(a), a Court order is not required to grant this request.

1

[PROPOSED] ORDER RE STIP TO ENLARGE TIME                                                   CASE NO.  3:15-CV-00205-JST

1. WHEREAS, Plaintiffs desire an additional thirty (30) days in which to oppose Defendant's Motion to Transfer Venue. Defendant has stipulated, pursuant to Civil L.R. 6-1(b) and 6-2, that Plaintiffs may have an enlargement of time to oppose the Motion to Transfer Venue of thirty days, and will request a motion hearing date to account for this enlargement of time. Pursuant to Civil L.R. 6-1(b), a Court order is required to grant this request.

WHEREAS, on February 17, 2015 a Case Management Conference was scheduled to take place on April 22, 2015. Based on the parties' agreement regarding the above, this case will not be ripe for a Case Management Conference by that date. The parties stipulate to move the Case Management Conference to a date convenient to the Court after its decision on the Motion to Transfer Venue.

WHEREAS, this Court has taken under consideration the parties' stipulated requests and the Declaration of Michelle Gillette submitted in support thereof pursuant to Civil L.R. 6-2.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The time within which Plaintiffs shall file an opposition or otherwise respond to Defendant's Motion to Transfer Venue under Civil L.R. 7-3 shall be set at **no more than forty-four (44) days after** the date of filing of Defendant's Motion to Transfer Venue, pursuant to Civil L.R. 6-1(b) and 6-2.

2. The Case Management Conference scheduled for April 22, 2015 at 2:00 p.m. is off calendar. The Court will reschedule this conference after it has rendered a decision on the Motion to Transfer Venue, if applicable.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 27th day of February, 2015.



IT IS SO ORDERED
Judge Jon S. Tigar