UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE TSAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SEVENTH GENERATION, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-00205-JST<br><br>**ADR ORDER**<br><br>Re: ECF No. 26 |

　　　The Court has received the "ADR Stipulation" filed by the parties in this case. ECF No. 26. If the pending Motion to Transfer Venue, ECF No. 18, is denied, the parties are ordered to file a Notice of Need for ADR Phone Conference, as set forth in ADR Local Rule 3-5(c), within five court days of the Court's order denying the motion.

　　　IT IS SO ORDERED.

Dated: March 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge