1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGGIE TSAN and ERICA WILDSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEVENTH GENERATION, INC.,<br><br>Defendant. | Case No. 3:15-CV-00205-JST<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Civil L.R. 6-2 |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND BRIEFING DEADLINES
*Tsan et al. v. Seventh Generation, Inc.*, No. 3:15-CV-00205-JST

1

# STIPULATION

Pursuant to Civil L.R. 6-2, Plaintiffs Maggie Tsan and Erica Wildstein ("Plaintiffs") and Defendant Seventh Generation, Inc. ("Defendant," and Plaintiffs and Defendant, collectively, are the "Parties"), by and through their undersigned counsel, stipulate as follows, subject to a Court Order approving the stipulation:

WHEREAS, Defendant filed a Motion to Strike (Doc. No. 36 ("MTS")), Motion to Dismiss Complaint (Doc. No. 37 ("MTD")), and Request for Judicial Notice (Doc. No. 38 ("RFJN")) on July 7, 2015;

WHEREAS, Civil L.R. 7-3(a) set a July 21, 2015 deadline for Plaintiffs to file an Oppositions to the MTS, the MTD, and the RFJN;

WHEREAS, Civil L.R. 7-3(c) set a July 28, 2015 deadline for Defendant to file Replies to Plaintiffs' Oppositions to the MTS, the MTD, and the RFJN;

WHEREAS, given the complexity and number of motions pending before the Court, the Parties desire additional time to brief the issues;

WHEREAS, the Parties wish to stipulate to an extension of the briefing schedules for the MTS, the MTD, and the RFJN as follows:

| | |
|---|---|
| Plaintiffs' Opposition to MTS | August 4, 2015 |
| Defendant's Reply in Support of MTS | August 18, 2015 |
| Plaintiffs' Opposition to MTD | August 4, 2015 |
| Defendant's Reply in Support of MTD | August 18, 2015 |
| Plaintiffs' Opposition to RFJN | August 4, 2015 |
| Defendant's Reply in Support of RFJN | August 18, 2015 |

WHEREAS, the Parties agree that this Stipulation shall have no force or effect unless the Court approves the Stipulation in its entirety and enters the [Proposed] Order set forth below;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, the Parties hereby stipulate and request that the Court enter an Order for the following, if acceptable to the

Court:

    (i)    the briefing schedules on the MTS, the MTD, and the RFJN are as follows:

| | |
|---|---|
| Plaintiffs' Opposition to MTS | August 4, 2015 |
| Defendant's Reply in Support of MTS | August 18, 2015 |
| Plaintiffs' Opposition to MTD | August 4, 2015 |
| Defendant's Reply in Support of MTD | August 18, 2015 |
| Plaintiffs' Opposition to RFJN | August 4, 2015 |
| Defendant's Reply in Support of RFJN | August 18, 2015 |

Date: July 15, 2015                      **HALUNEN LAW**

                                      By:  /s/Melissa W. Wolchansky
                                             Melissa Wolchansky (admitted *pro hac vice*)
                                             *wolchansky@halunenlaw.com*
                                             Charles D. Moore
                                             *moore@halunenlaw.com*
                                             1650 IDS Center
                                             80 South 8th Street
                                             Minneapolis, Minnesota  55402
                                             Telephone: (612) 605-4098
                                             Facsimile: (612) 605-4099

                                             Michael R. Reese (SBN 206773)
                                             *mreese@reesellp.com*
                                             **REESE LLP**
                                             875 Avenue of the Americas, 18th Floor
                                             New York, New York  10001
                                             Telephone: (212) 643-0500
                                             Facsimile: (212) 253-4272

Jeffrey D. Kaliel
*jkaliel@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 L. St., N.W., Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Attorneys for Plaintiffs Maggie Tsan and Erica Wildstein and the Proposed Class*

Date: July 15, 2015      **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

By:  /s/Michelle Gillette
Daniel J. Herling (SBN 103711)
*djherling@mintz.com*
Michelle Gillette (SBN 178734)
*mgillette@mintz.com*
44 Montgomery Street 36th Floor
San Francisco, California  94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001

*Attorneys for Defendant
Seventh Generation, Inc.*

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

 /s/Melissa W. Wolchansky
Melissa W. Wolchansky

---

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND BRIEFING DEADLINES
*Tsan et al. v. Seventh Generation, Inc.*, No. 3:15-CV-00205-JST
4

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 DATE: July 17, 2015

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES
*Tsan et al. v. Seventh Generation, Inc.*, No. 3:15-CV-00205-JST

5