FILED

JUL 2 3 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGGIE TSAN and ERICA WILDSTEIN on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

SEVENTH GENERATION, INC.,

Defendant.

Case No. 3:15-CV-00205-JST

**JOINT CASE MANAGEMENT ~~[PROPOSED]~~ SCHEDULING ORDER**

Date: July 22, 2015
Time: 2:00 p.m.
Place: Courtroom 9, 19th Floor
Judge: District Judge Jon S. Tigar

Complaint Filed: January 14, 2015

The Parties propose the following case management schedule, as agreed upon at the Case Management Conference held on July 22, 2015:

| Description | Date |
| --- | --- |
| Rule 26(a)(1) Disclosures | August 17, 2015 |
| Factual Discovery Deadline | February 15, 2016 |
| Initial Class Certification Expert Disclosures | March 15, 2016 |
| Rebuttal Class Certification Expert Disclosures | April 15, 2016 |
| Class Certification Expert Discovery Deadline | May 13, 2016 |

1

| Description | Date |
|---|---|
| Deadline to Amend Pleadings | June 15, 2016 |
| Deadline to File Class Certification Motion | August 15, 2016 |
| Deadline to file Response to Class Certification Motion | September 15, 2016 |
| Deadline to file Reply in Support of Class Certification | September 29, 2016 |
| Further Case Management Conference | January 6, 2016 |
| Further Case Management Conference | 5 weeks after hearing on Motion for Class Certification |

12|1|16  (JST)

DATED:  July 23, 2015

By: __/s/ Jeffrey D. Kaliel__ .
Jeffrey D. Kaliel (SBN 238293)
jkaliel@tzlegal.com
TYCKO & ZAVAREEI LLP
2000 L. St., N.W., Suite 808
Washington, D.C. 20036
Telephone:  (202) 973-0900
Facsimile:  (202) 973-0950

Michael Reese (SBN 206773)
mreese@reesellp.com
REESE LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone:  (212) 643-0500
Facsimile:  (212) 253-4272

Melissa Wolchansky
Wolchansky@halunenlaw.com
HALUNEN LAW
1650 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile:  (612) 605-4099

Attorneys for Plaintiffs
MAGGIE TSAN and ERICA
WILDSTEIN

DATED:  July 23, 2015

By: _____/s/ Michelle Gillette_____ .
Daniel J. Herling (SBN 103711)
djherling@mintz.com
Michelle Gillette (SBN 178734)
mgillette@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
44 Montgomery Street 36th Floor
San Francisco, California 94104
Telephone:  (415) 432-6000
Facsimile:  (415) 432-6001

Attorneys for Defendant
SEVENTH GENERATION, INC.

2

1

## CASE MANAGEMENT SCHEDULING ORDER

2      The above JOINT CASE MANAGEMENT [PROPOSED] SCHEDULING ORDER is approved

3      as the Case Management Scheduling Order for this case and all parties shall comply with its

4      provisions.

5

6      **IT IS SO ORDERED.**

7      Dated: July **23**, 2015

8                                              Honorable Jon S. Tigar

9                                              UNITED STATES DISTRICT JUDGE

10                                             NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT CASE MANAGEMENT [PROPOSED] SCHEDULING ORDER

CASE NO.  3:15-CV-00205-JST