United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE TSAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEVENTH GENERATION, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-00205-JST<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>Re: ECF No. 52 |

　　The parties' stipulated protective order, see ECF No. 52, is hereby approved.

　　IT IS SO ORDERED.

Dated: September 29, 2015

_____
JON S. TIGAR
United States District Judge