1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGGIE TSAN and ERICA WILDSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEVENTH GENERATION, INC.,<br><br>Defendant. | Case No. 3:15-CV-00205-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>Civil L.R. 6-2 |

**STIPULATION**

Pursuant to Civil L.R. 6-2, Plaintiffs Maggie Tsan and Erica Wildstein ("Plaintiffs") and Defendant Seventh Generation, Inc. ("Defendant," and Plaintiffs and Defendant, collectively the "Parties"), by and through their undersigned counsel, stipulate as follows, subject to a Court Order approving the stipulation:

WHEREAS, on July 23, 2015, the Court entered a Joint Case Management Scheduling Order (ECF No. 44) setting the following case management schedule:

| | |
|---|---|
| Rule 26(a)(1) Disclosures | August 17, 2015 |
| Factual Discovery Deadlines | February 15, 2016 |
| Initial Class Certification Expert Disclosures | March 15, 2016 |
| Rebuttal Class Certification Expert Disclosures | April 15, 2016 |
| Class Certification Expert Discovery Deadlines | May 13, 2016 |
| Deadline to Amend Pleadings | June 15, 2016 |
| Deadline to File Class Certification Motion | August 15, 2016 |
| Response to Class Certification Motion | September 15, 2016 |
| Reply in Support of Class Certification | September 29, 2016 |
| Further Case Management Conference | January 6, 2016 |
| Further Case Management Conference | December 1, 2016 |

WHEREAS, in accordance with Civil L.R. 16-10(d), on December 23, 2015, the Parties submitted a Further Joint Case Management Statement & [Proposed] Order requesting an extension of deadlines; (ECF No. 57);

WHEREAS, on January 6, 2016, the Court held a Joint Case Management Conference in which the Parties and the Court agreed to an extension of the deadlines as follows:

| | |
|---|---|
| Factual Discovery Deadlines | April 25, 2016 |
| Initial Class Certification Expert Disclosures | May 16, 2016 |
| Rebuttal Class Certification Expert Disclosures | June 15, 2016 |
| Class Certification Expert Discovery Deadlines | July 13, 2016 |
| Deadline to Amend Pleadings | July 26, 2016 |
| Deadline to File Class Certification Motion | August 29, 2016 |

1 | Response to Class Certification Motion | September 29, 2016
2 | Reply in Support of Class Certification | October 13, 2016
3 | Further Case Management Conference | December 1, 2016

WHEREAS, the Parties agree this Stipulation shall have no force or effect unless the Court approves the Stipulation and enters the [Proposed] Order set forth below;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, the Parties hereby stipulate and request the Court enter an Order for the following, if acceptable to the Court:

(i) the deadlines are extended as follows:

| Deadline | Date |
|---|---|
| Factual Discovery Deadlines | April 25, 2016 |
| Initial Class Certification Expert Disclosures | May 16, 2016 |
| Rebuttal Class Certification Expert Disclosures | June 15, 2016 |
| Class Certification Expert Discovery Deadlines | July 13, 2016 |
| Deadline to Amend Pleadings | July 26, 2016 |
| Deadline to File Class Certification Motion | August 29, 2016 |
| Response to Class Certification Motion | September 29, 2016 |
| Reply in Support of Class Certification | October 13, 2016 |
| Further Case Management Conference | December 1, 2016 |

Date: January 8, 2016

**TYCKO & ZAVAREEI LLP**

By:  /s/ Jeffrey D. Kaliel
Jeffrey D. Kaliel
*jkaliel@tzlegal.com*
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

|   |   |
|---|---|
| 1 | Melissa Wolchansky (admitted *pro hac vice*) |
|   | *wolchansky@halunenlaw.com* |
| 2 | Charles D. Moore |
| 3 | *moore@halunenlaw.com* |
|   | **HALUNEN LAW** |
| 4 | 1650 IDS Center |
|   | 80 South 8th Street |
| 5 | Minneapolis, Minnesota  55402 |
|   | Telephone: (612) 605-4098 |
| 6 | Facsimile: (612) 605-4099 |

*Attorneys for Plaintiffs Maggie Tsan and Erica Wildstein and the Proposed Class*

Date: January 8, 2016

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

By:  */s/ Daniel J. Herling*
Daniel J. Herling (SBN 103711)
*djherling@mintz.com*
44 Montgomery Street 36th Floor
San Francisco, California  94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001

*Attorneys for Defendant
Seventh Generation, Inc.*

---

STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND DEADLINES
*Tsan et al. v. Seventh Generation, Inc.*, No. 3:15-CV-00205-JST

4

**ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

                                          */s/ Jeffrey D. Kaliel*
                                          Jeffrey D. Kaliel

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: January 11, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE