1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE TSAN and ERICA WILDSTEIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEVENTH GENERATION, INC.,<br><br>Defendant. | Case No. 3:15-CV-00205-JST<br><br>**RENEWED STIPULATION AND [PROPOSED] ORDER TO STAY THE CASE MANAGEMENT SCHEDULE**<br><br>Civil L.R. 6-2 |

**STIPULATION**

Pursuant to Civil L.R. 6-2, Plaintiffs Maggie Tsan and Erica Wildstein ("Plaintiffs") and Defendant Seventh Generation, Inc. ("Defendant," and Plaintiffs and Defendant, collectively the "Parties"), by and through their undersigned counsel, stipulate as follows, subject to a Court Order approving the stipulation:

WHEREAS, on January 11, 2016, the Court entered a Stipulation and Order to Extend Deadlines (ECF No. 64) setting the following case management schedule:

| | |
|---|---|
| Factual Discovery Deadlines | April 25, 2016 |
| Initial Class Certification Expert Disclosures | May 16, 2016 |
| Rebuttal Class Certification Expert Disclosures | June 15, 2016 |
| Class Certification Expert Discovery Deadlines | July 13, 2016 |
| Deadline to Amend Pleadings | July 26, 2016 |
| Deadline to File Class Certification Motion | August 29, 2016 |
| Response to Class Certification Motion | September 29, 2016 |
| Reply in Support of Class Certification | October 13, 2016 |
| Further Case Management Conference | December 1, 2016; |

WHEREAS, on April 12, 2016, the Parties filed a Stipulation to Stay the Case Management Schedule and informed the Court that a settlement in principle was reached (ECF No. 67);

WHEREAS, on April 13, 2016, the Court denied the Stipulation to Stay the Case Management Schedule, but agreed to revisit a renewed request to stay the case after the Parties file a Motion for Preliminary Approval of Settlement (ECF No. 68);

WHEREAS, on July 1, 2016, the Parties filed a Settlement Agreement and Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, And Approval of Notice Plan in the Southern District of New York, 7:14-CV-09087-KMK (ECF No. 43.), where a similar action is pending;

WHEREAS, immediately preceding the filing of the Settlement Agreement in the Southern District of New York, for settlement purposes, Plaintiffs filed an Amended Complaint, which Plaintiffs to the New York for purposes of administering the Settlement;

WHREEAS, in the interests of judicial economy and preserving resources, the Parties respectfully request the Court grant a temporary stay of the case management schedule pending the administration of the Settlement in the Southern District of New York;

WHEREAS, upon the entry of Final Approval of the class action settlement in the Southern District of New York, the Parties will file a stipulation of dismissal of this action;

WHEREAS, if for some reason Final Approval does not occur, within 7 days of the denial of Final Approval, the Parties will request a status conference with this Court to reinstate a case management schedule;

WHEREAS, the Parties will file, on or before September 30, 2016, a notice of voluntarily dismissal, or alternatively, a joint status report advising the Court on the status of the administration of the Settlement in the Southern District of New York.

WHEREAS, the schedule in this matter has been modified−via stipulation of the Parties and order of the Court−on three previous occasions: (1) on February 27, 2015, extending the time for Defendant to Answer the Complaint and Plaintiffs to Oppose Defendant's Motion to Transfer (EFC No. 17); (2) on July 17, 2015, extending the briefing schedules on Defendant's Motion to Strike, Motion to Dismiss, and Request for Judicial Notice (ECF No. 41); and (3) on January 11, 2016, extending the deadlines on the case management order (ECF No. 64);

WHEREAS, the Parties agree this Stipulation shall have no force or effect unless the Court approves the Stipulation and enters the [Proposed] Order set forth below;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, the Parties hereby stipulate and request the Court enter an Order for the following relief:

(i)  A temporary stay of the case management schedule; and

(ii) An order requiring the parties to file, on or before September 30, 2016, a notice of voluntarily dismissal, or alternatively, a joint status report advising the Court on the status of the case.

Date: July 1, 2016                              **HALUNEN LAW**

                                                By:  */s/* Melissa W. Wolchansky
                                                Melissa W. Wolchansky (admitted *pro hac vice*)
                                                wolchansky@halunenlaw.com
                                                1650 IDS Center
                                                80 South 8th Street
                                                Minneapolis, Minnesota  55402
                                                Telephone: (612) 605-4098
                                                Facsimile: (612) 605-4099

                                                Michael R. Reese (SBN 206773)
                                                *mreese@reesellp.com*
                                                **REESE LLP**
                                                100 West 93rd Street, 16th Floor
                                                New York, New York 10025
                                                Telephone: (212) 643-0500
                                                Facsimile: (212) 253-4272

                                                Jeffrey D. Kaliel
                                                *jkaliel@tzlegal.com*
                                                **TYCKO & ZAVAREEI LLP**
                                                1828 L Street, N.W., Suite 1000
                                                Washington, D.C. 20036
                                                Telephone: (202) 973-0900
                                                Facsimile: (202) 973-0950

                                                *Attorneys for Plaintiffs Maggie Tsan and Erica Wildstein and the Proposed Class*

Date: July 1, 2016                              **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

                                                By:  */s/* Daniel J. Herling
                                                Daniel J. Herling (SBN 103711)
                                                *djherling@mintz.com*
                                                44 Montgomery Street 36th Floor
                                                San Francisco, California  94104
                                                Telephone: (415) 432-6000
                                                Facsimile: (415) 432-6001

                                                *Attorneys for Defendant Seventh Generation, Inc.*

**ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) in this e-filed document.

        */s/ Melissa W. Wolchansky*
        Melissa W. Wolchansky

1  **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATE: July 6, 2016                             _____
                                                  HONORABLE JON S. TIGAR
5                                                 UNITED STATES DISTRICT JUDGE